BARBARA LYNN v. FREDERICK LYNN.

June 16, 1982.

Petition for certification denied.

W. PERRY BROWN v. MERCK & CO., INC.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD MATTEO.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS PACE.

June 16, 1982.

Petition for certification denied.